

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2021

No. 04-21-00104-CV

Michael Edward **RODRIGUEZ**,
Appellant

v.

Nora G. **RODRIGUEZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00908
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's brief was originally due July 12, 2021; however, the court granted him an extension until August 11. When the brief was not filed, we ordered appellant to file the brief by August 26 and advised him the appeal could be dismissed if the brief were not filed. On August 25, appellant, who is representing himself pro se, filed a motion explaining why he had been unable to complete his brief and requesting an additional fifteen-day extension of time.

We **grant** the motion and **order** Michael E. Rodriguez to file his appellant's brief by **September 10, 2021**. Rodriguez is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts he has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. Rodriguez is further advised that if the brief or a complying motion is not filed by the date ordered, the court may dismiss the appeal without further notice. *See* TEX. R. APP. P. 38.8(a); 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court